**[J-18-2019]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 755 CAP |
| | : | |
| Appellee | : | |
| | : | Appeal from the Orders entered on |
| | : | January 29, 2003, March 25, 2003 |
| v. | : | and August 26, 2011 in the Court of |
| | : | Common Pleas, Philadelphia County, |
| | : | Criminal Division at CP-51-CR- |
| KEVIN PELZER, | : | 1031752-1988, denying in part post |
| | : | conviction relief. (Nunc pro tunc |
| Appellant | : | appeal rights reinstated on June 1, |
| | : | 2017.) |

SUBMITTED: February 4, 2019

**ORDER**

**PER CURIAM**                               **DECIDED: November 26, 2019**

**AND NOW**, this 26th day of November, 2019, the appeal is **DISMISSED**. Presently, because Pelzer is not currently sentenced to death, this Court lacks jurisdiction over the appeal. *See* 42 Pa.C.S. § 9546(d) (providing this Court with exclusive appellate jurisdiction over "a final order" in a "case in which the death penalty has been imposed").

The case is **REMANDED** to the Philadelphia Court of Common Pleas for sentencing pursuant to our previous mandate in *Commonwealth v. Daniels and Pelzer*, 104 A.3d 267, 319 (Pa. 2014).

Justice Dougherty files a concurring statement joined by Justice Mundy.

Justice Wecht files a concurring statement joined by Justice Donohue.

Chief Justice Saylor and Justices Baer and Todd did not participate in the consideration or decision of this matter.